

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2016

No. 04-16-00638-CV

**CON-CORP CONSTRUCTION, L.L.C.**,
Appellant

v.

**J.D. Collision Express, L.L.C.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI07146
Honorable David A. Canales, Judge Presiding

## O R D E R

The clerk's record was due October 31, 2016, but it was not filed. The trial court clerk has filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We order appellant Con-Corp Construction, LLC to provide written proof to this court by **November 14, 2016** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* Tex. R. App. P. 20.1 and 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court